UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JOHN T. MCGRATH, SR. | * | CIVIL ACTION NO. 15-0578<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SHERIFF WYDETTE WILLIAMS, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, for the reasons stated in the Report and Recommendation and this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 27] filed by Defendants East Carroll Parish Sheriff Wydette Williams, Warden Johnny Hedgeman, and Nurse Leana is GRANTED, and Plaintiff's claims against said Defendants are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Charles Liberia are also DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 26th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE